IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ROZANNE BENDER                                                                                         PLAINTIFF

     v.                            CIVIL NO. 2:17-cv-2073-MEF

NANCY A. BERRYHILL, Acting
Commissioner, Social Security Administration                                          DEFENDANT

## FINAL JUDGMENT

This cause is before the Court on the Plaintiff's complaint for judicial review of an unfavorable final decision of the Commissioner of the Social Security Administration regarding her application for Supplemental Security Income. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Eighth Circuit. The Court, having reviewed the record, the administrative transcript, the briefs of the parties, the applicable law, and the parties having waived oral argument, finds as follows, to-wit:

For the reasons announced by the Court on the record on April 16, 2018, the Court finds that the decision of the Commissioner of Social Security is supported by substantial evidence, and the same is hereby affirmed.

IT IS SO ORDERED this the 18th day of April, 2018.

                                       /s/ Mark E. Ford
                                       HON. MARK E. FORD
                                       UNITED STATES MAGISTRATE JUDGE